IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:06-CR-21-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ADAM CECIL CHERRY, | ) | |
| | ) | |
| Defendant. | ) | |

On November 12, 2015, Adam Cecil Cherry ("Cherry") filed a motion to terminate his five-year term of supervised relief after completing one-year of supervision. See [D.E. 16]. On December 30, 2015, the government responded in opposition. See [D.E. 18].

The court has reviewed the motion and the record. In light of Cherry's history of drug dealing, recidivism, and substance abuse, Cherry's motion lacks merit. Accordingly, Cherry's motion [D.E. 16] is DENIED.

SO ORDERED. This 7 day of January 2016.

JAMES C. DEVER III
Chief United States District Judge